```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSH BEEMAN,

                Plaintiff,

-against-

CRONOS DESIGN, LLC, a Colorado Limited Liability Company doing business as Aluminum systems NY by Cronos Design, and Does 1–10,

                Defendants.

1:20-cv-05267-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff filed the Complaint on July 9, 2020 [ECF No. 1]. Proof of service filed with the Court on July 17, 2020, reflects that Defendant Cronos Design, LLC was served with the Complaint on July 16, 2020 [ECF No. 7]. To date, Defendant Cronos Design, LLC has not answered the Complaint or otherwise appeared in this action.

    Accordingly, it is hereby ORDERED that any motion for entry of a default judgment is due on or before **October 2, 2020**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.

**SO ORDERED.**

**Date: September 11, 2020**
      **New York, NY**

                                  */s/ Mary Kay Vyskocil*
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**