```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSH BEEMAN, an individual,

                   Plaintiff,

                -against-

CRONOS DESIGN, LLC, a Colorado Limited Liability
Company d/b/a Aluminum Systems NY by Cronos Design, and
DOES, 1–10, inclusive,

              Defendants.

1:20-cv-05267-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

     On November 24, 2020, the Court held a hearing on Plaintiff's Motion for Default

Judgment as against Defendant Cronos Design, LLC.  Counsel for Plaintiff was in attendance.

Defendant Cronos Design, LLC did not appear.  For the reasons discussed more fully on the record

at the hearing, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is

DENIED without prejudice on grounds of inadequate proof of service on Defendant Cronos

Design, LLC and failure to document that requested damages are for a sum certain.

**SO ORDERED.**

**Date:  November 24, 2020**
     **New York, NY**
                          **MARY KAY VYSKOCIL**
                          **United States District Judge**