USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSH BEEMAN, an individual,

    Plaintiff,

-against-

CRONOS DESIGN, LLC, a Colorado Limited Liability Company d/b/a Aluminum Systems NY by Cronos Design, and DOES, 1–10, inclusive,

    Defendants.

1:20-cv-05267-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    On November 24, 2020, the Court denied Plaintiff's motion for default judgment as against Defendant Cronos Design, LLC without prejudice on grounds of inadequate proof of service and failure to document that requested damages are for a sum certain. [ECF No. 23.] To date, Plaintiff has not renewed its motion for default judgment or taken any other action to prosecute this case.

    Accordingly, IT IS HEREBY ORDERED that any renewed motion for entry of a default judgment shall be filed on or before **May 29, 2021**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. **Failure to move for default judgment by that date may result in dismissal of the case for failure to prosecute.**

**SO ORDERED.**

Date: April 28, 2021
New York, NY

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge